UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :
RAMALES PHOTOGRAPHY LLC,             :
                        Plaintiff,          :
           -against-                      :          23 Civ. 5646 (LGS)
                                                    :
VALNET INC.,                             :          <u>ORDER</u>
                        Defendant.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for August 23, 2023.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the August 23, 2023, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED**, regarding settlement discussions, the parties shall include a statement regarding settlement discussions in the October 20, 2023, status letter described in the case management plan. In the event the parties would like a referral for settlement discussions before then, they shall file a joint letter on ECF requesting such a referral.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 17, 2023
       New York, New York

                                           LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE