UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMALES PHOTOGRAPHY, LLC,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>VALNET, INC.,<br><br>　　　　　　　　　　Defendant(s). | 23-CV-5646 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

　　This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

　　Provided, the conference scheduled for March 13, 2024, at 4:10 P.M. is **rescheduled** to **March 13, 2024, at 2:00 P.M.** The conference will be held over Microsoft Teams. The parties shall join the conference by dialing (646) 453 – 4442, and entering the Conference ID: 719 874 40, and entering the pound sign (#).

Dated:　October 23, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge