UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMALES PHOTOGRAPHY LLC,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>VALNET INC.,<br><br>　　　　　　　　　Defendant(s). | 23-CV-5646 (DEH)<br><br>ORDER OF DISMISSAL |

DALE E. HO, United States District Judge:

　　The Court having been advised that the parties have reached a settlement in principle, it is **ORDERED** that the above-entitled action is hereby **DISMISSED** without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated. Any application to reopen must be filed by the aforementioned deadline; any application to reopen filed after then may be denied solely on that basis.

　　If the parties wish for the Court to retain jurisdiction to enforce any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered." Per the Court's Individual Rules, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

　　Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

　　SO ORDERED.

Dated:　November 27, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge